In the Matter of DANIEL MARCEL, Petitioner, v WILLIAM GARNETT et al., Respondents. [926 NYS2d 322]

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Eng, Roman and Miller, JJ., concur.